*(Fdo.)* Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*

*In re* MIGUEL A. RIVERA MEDINA.

*Número:* TS-7054          *Resuelto:* 5 de abril de 2002

*Gustavo A. Gelpí, Procurador General,* y *Minnie H. Rodríguez López, Procuradora General Auxiliar; Belén M. Guerrero Calderón,* Presidenta de la Comisión de Reputación para el Ejercicio de la Abogacía; *Jesús Manuel Rosario Félix,* abogado del peticionario; *Miguel A. Rivera Medina, pro se.*

## RESOLUCIÓN

Evaluada la petición de reinstalación presentada por el querellado, Miguel A. Rivera Medina, el Informe de la Comisión de Reputación de este Tribunal, el Informe del Procurador General y demás documentos que obran en el expediente, se autoriza su reinstalación al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. Los Jueces Asociados Señores Hernández Denton, Corrada Del Río y Rivera Pérez no intervinieron.

*(Fdo.)* Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*